### 52649. MAY v. MAY.

STOLZ, Judge.

The appellant appealed from an order below filed on April 2, 1976. The notice of appeal was dated May 5, 1976, and filed on May 11, 1976, beyond the thirty-day limit for appeals. Code Ann. § 6-803 (Ga. L. 1965, pp. 18, 21, as amended.) No extension of time was sought in this case. Code Ann. § 6-804 (Ga. L. 1965, pp. 18, 21). Therefore, this appeal must be dismissed. Code Ann. § 6-809 (b) (1) (Ga. L. 1965, pp. 18, 29, as amended); *Blanton v. Jones,* 230 Ga. 866 (199 SE2d 801) (1973); *Model Cleaners & Laundry, Inc. v. Per Corp.,* 127 Ga. App. 559 (194 SE2d 258) (1972). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Jordan v. Caldwell,* 229 Ga. 343 (191 SE2d 530) (1972).

*Appeal dismissed. Bell, C. J., and Clark, J., concur.*

ARGUED SEPTEMBER 21, 1976 — DECIDED·
SEPTEMBER 28, 1976.

*Saul, Blount & Avrett, Percy J. Blount,* for appellant.
*Harris, Chance & McCracken, William R. Mc-
Cracken,* for appellee.